03-CV-00268-ORD

FILED _____ LODGED
_____ RECEIVED

MAY 26 2004

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBIN MILLER,

    Plaintiff,

v.

THE BOEING COMPANY, a Washington corporation, and SOCIETY OF PROFESSIONAL ENGINEERING EMPLOYEES IN AEROSPACE, IFPT LOCAL 2001,

    Defendant.

Case No. C03-268 RBL

ORDER OF DISMISSAL

    The Boeing Company ("Boeing") filed a motion to dismiss plaintiff's remaining claims in light of a negotiated settlement reached at mediation. The Court reviewed the materials submitted by the parties in connection with the motion. Boeing's motion to dismiss is GRANTED. Plaintiff's claims against Boeing are dismissed with prejudice and without costs to any party.

DATED this 26th day of May, 2004.

RONALD B. LEIGHTON
United States District Court Judge

ORDER
Page - 1