# United States District Court

**WESTERN DISTRICT OF WASHINGTON**

JUDGMENT IN A CIVIL CASE

ROBIN MILLER
    v.
THE BOEING COMPANY, et al.,

CASE NUMBER: C03-268RBL

[ √ ]    **Decision by Court.** This action came under consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Boeing's Motion To Dismiss is GRANTED. Plaintiff's claims against Boeing are DISMISSED with prejudice and without costs to any party.

*Date    May 28, 2004*

                           BRUCE RIFKIN
                           *Clerk*

                           s/Jean Boring
                           *(By) Deputy Clerk*